[No. 5310-5-III. Division Three. June 7, 1984.]

ROBERT MELTON, ET AL, *Respondents,* v. MICHAEL MACLEOD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yak-

ima County, No. 81-2-01117-8, James D. Kendall, J., entered June 29, 1982. *Affirmed as modified* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.